```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                         FORT MYERS DIVISION
```

CHANNEL TRADE FINANCE 2SPC,
a Cayman Islands Company,
on behalf of and for the
accounts of TF Arran2 SP
and TF 2.1 SP,

    Plaintiff,

v.                                        Case No:   2:25-cv-173-JES-NPM

TESSPAY SERVICES, INC., a
Delaware corporation,
TESSPAY FINANCE, INC., a
Delaware corporation, and
JEFF MASON, a citizen of
Florida,

    Defendants.
_____

**<u>ORDER</u>**

     This matter comes before the Court on review of Defendants' Motion to Dismiss First Amended Complaint (Doc. #29) filed on July 1, 2025. "Before filing a motion in a civil action, except a motion for injunctive relief, for judgment on the pleadings, for summary judgment, or to certify a class, the movant must confer with the opposing party in a good faith effort to resolve the motion." M.D. Fla. Loc. R. 3.01(g). The motion will be denied for failure to confer with Plaintiff before filing the motion and for failure to include a certification of conference in the motion.

Accordingly, it is hereby

**ORDERED:**

Defendants' Motion to Dismiss First Amended Complaint (Doc. #29) is **DENIED WITHOUT PREJUDICE.**

**DONE and ORDERED** at Fort Myers, Florida, this __1st__ day of July 2025.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Parties of Record

2